UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSHUA ROGERS,

                Plaintiff,

   -against-                                        25 **CIVIL** 1773 (LLS)

## **JUDGMENT**

WHITE HOUSE; FBI; NY COURTS; PIERS
MCMAHON; TIBERIUS FRAY,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 9, 2025, Plaintiff's complaint is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

**Dated:** New York, New York

      June 11, 2025

                                                        **TAMMI M. HELLWIG**
                                                        _____
                                                             **Clerk of Court**

                          **BY:**        *K. Mango*
                                                             _____
                                                             **Deputy Clerk**